AO 91 (Rev. 11/11) Criminal Complaint

**SEALED**

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY_____ D.C.

**MAR 3 1 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Phillip Anthony Jackson and Richard Burke, | ) ) ) ) ) | Case No. 21-mj-6184-STRAUSS |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2/16/2021 through 2/25/2021,__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1951(a) and 2 | Hobbs Act robbery |
| 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2 | Brandishing a firearm during a crime of violence |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ryan Dreibelbis, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ____FaceTime____.

Date: March 31, 2021

_____
*Judge's signature*

City and state: Fort Lauderdale, Florida

Jared M. Strauss, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ryan Dreibelbis, being duly sworn, depose and state that:

### INTRODUCION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have served in this capacity since February 2018. Currently, I am assigned to the Violent Crimes and Fugitive Task Force of the FBI's Miami Division and have been at this location since May 2019. My duties involve investigating bank robberies, Hobbs Act robberies, extortion, kidnappings, and other violations of federal law. Prior to moving to the Miami Division, I served as a Special Agent for the FBI's New York Division where I investigated narcotics trafficking violations. In my current capacity, I have assisted in the execution of search warrants; interviewed subjects, victims, and cooperating individuals; and used historical cell site analysis to locate phones of subjects and victims.

2. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant.

3. Based on the facts set forth in this Affidavit, there is probable cause to believe that Phillip Anthony Jackson ("Jackson") and Richard Burke ("Burke") committed violations of Title 18, United States Code, Sections 1951(a) and 2 (Hobbs Act robbery), and 924(c)(1)(A)(ii) and 2 (brandishing a firearm during a crime of violence).

4. This Affidavit is based upon my personal knowledge, my review of documents and other evidence, and my conversations with other law enforcement personnel and civilian witnesses. Because this Affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my

1

investigation. Rather, I have included only the facts that are sufficient to establish probable cause. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

## PROBABLE CAUSE

5. The investigation, as described in detail below, has revealed that Phillip Anthony Jackson ("Jackson") and Richard Burke committed multiple armed robberies in February 2021.

### February 16, 2021

6. On or about February 16, 2021, two masked individuals committed armed robberies of the Metro PCS, located at 4980 North State Road 7, Tamarac, Florida, and the AutoZone, located at 801 S State Road 7, Plantation, Florida. Law enforcement believe the masked individuals to be Jackson and Burke. Jackson wore all black with a black hooded sweatshirt and a blue backpack during both robberies. Burke wore a hooded sweatshirt with a black body, white sleeves, and white hood during both robberies.

*MetroPCS*

7. At approximately 7:40 p.m., Jackson and Burke entered the Metro PCS, located at 4980 North State Road 7, Tamarac, Florida. Jackson and Burke initially looked at tablets and phones for sale in the store before Burke pulled out a firearm and pointed it at an employee ("Victim-1"). Jackson subsequently pulled out a different firearm and also pointed it at Victim-1. They directed Victim-1 to open the register. After Victim-1 complied, Jackson saw that Victim-1 had left his Glock 17 handgun near the register and took it in addition to the contents of the register. Jackson then ordered Victim-1 to open an additional register, prompting Jackson to take the contents of that register as well. After observing Victim-1's HP Spectre laptop under the counter, Jackson stole that as well. After Jackson asked to see the safe, Victim-1 led Jackson to the back room where

2

Victim-1 claimed that he could not open one of the safes. Upon realizing that one of the safes was already open, Jackson removed nine cellphones and placed them into his blue backpack. In total, Jackson and Burke stole approximately nine hundred seventy-six dollars ($976.00) in United States currency, nine cellphones, and Victim-1's Glock 17 and laptop before fleeing the scene. Victim-1 described both Jackson and Burke as speaking with Jamaican accents. An image depicting Jackson and Burke appears below:



*AutoZone*

8.  At approximately 8:37 p.m., Jackson and Burke arrived at the AutoZone in order to commit an armed robbery. Jackson distracted a clerk ("Victim-2") by telling Victim-2, who was outside of the store, that a coworker needed help inside of the store. When Victim-2 approached the door, Jackson grabbed a broom out of Victim-2's hand, pulled a firearm from his pocket, and pointed it at Victim-2's head. Victim-2 recalled Jackson speaking with a heavy foreign accent, believing it to be Haitian. Burke approached a register, pulled out a black firearm, and pointed it at another employee ("Victim-3") at the same time that Jackson had lured Victim-2. Burke ordered Victim-3 and another clerk ("Victim-4") to the ground, stating that "we're here for the money! Don't do anything stupid!" Burke then reached into the register and took the cash. Jackson and

Burke then ordered Victim-4 to the back of the store where the safe was located and forced him to put the money from the safe into the blue backpack at gunpoint. Jackson and Burke then fled the store on foot with the money and several commercial items, including Prestone Power Steering Fluid, Lucas Heavy Duty Oil, and Black Magic Tire Wet Spray. An image depicting Jackson and Burke appears below:



**February 24, 2021**

9. On or about February 24, 2021, two masked individuals committed armed robberies of the Advanced Auto Parts, located at 2804 W. Oakland Park Boulevard, Oakland Park, Florida, and the Amoco, located at 6900 W Atlantic Boulevard, Margate, Florida, as well as the attempted

4

robbery of the Walgreens located at 3099 N State Road 7, Lauderdale Lakes, Florida. Law enforcement believe the masked individuals to be Jackson and Burke. Jackson wore a black hooded sweatshirt and dark pants, while carrying a blue backpack during all three incidents. Burke wore a black hooded sweatshirt with white camouflage on the hood, shoulder, and sleeves, and purple gloves for the Advanced Auto Parts robbery and the attempted robbery of the Walgreens, but wore the sweatshirt inside out for the Amoco robbery.

*Advanced Auto Parts*

10.  At approximately 8:36 p.m., Jackson and Burke entered the Advanced Auto Parts in order to commit an armed robbery. Jackson walked up behind a clerk ("Victim-5") and pointed a gun at Victim-5's back. Jackson directed Victim-5 to open the register. Jackson then took the money out of the register and placed it into the blue backpack. Jackson then directed Victim-5 to open the next register and place the money from it into the backpack, which Victim-5 did. Jackson then directed Victim-5 to the back of the store and inquired what was in the file cabinet. Victim-5 opened the cabinet for Jackson, who stole a pack of Advanced Auto Parts facemasks. Jackson ordered Victim-5 to give him the pack of masks. Burke had a small black handgun with a grey or silver slide with him. Jackson and Burke then fled the store after stealing approximately one thousand fifty-nine dollars and thirty-nine cents ($1,059.39) in United States currency. Victim-5 described both subjects as having Jamaican accents. An image depicting Jackson and Burke from

this robbery appears below:

 

*Amoco*

11. At approximately 9:36 p.m., Jackson and Burke entered the Amoco in order to commit an armed robbery. Jackson walked to the back of the store, brandished a handgun, and racked the slide. Burke immediately went behind the counter and demanded a clerk ("Victim-6") to open the registers. Jackson and Burke subsequently stole the contents of both registers. They fled the store with approximately seven hundred fifty-nine dollars and eighty-nine cents ($759.89) and five packs of Newport cigarettes. An image depicting Jackson and Burke appear below:

 

Based on the visible seam on the sweatshirt on the left, it appears that Burke wore it inside-out.

6

*Walgreens*

12.     At approximately 10:41 p.m., Jackson and Burke entered the Walgreens in order to commit an armed robbery. Burke grabbed a pack of Heineken beer while Jackson, who carried carrying a black handgun, approached two clerks ("Victims-7" and "Victim-8," respectively), and told them not to move. Both victims ran to different sections of the store, prompting Jackson and Burke to flee the store without taking anything. An image depicting Jackson and Burke appear below:

 

13.     Surveillance footage captured Jackson and Burke entering the driver door and rear passenger side door of a silver BMW 325I (the "BMW") in the parking lot. The BMW had damaged black trim above the license plate and a sticker in the lower right corner of the rear windshield.

**February 25, 2021**

*Tracking Warrant*

14.     On or about February 25, 2021, at approximately 1:30 a.m., law enforcement located the BMW parked at the Amble Inn in Plantation, Florida. While surveilling the vehicle,

deputies observed individuals matching the descriptions of the subjects from the earlier robberies. These individuals were later determined to be Jackson, a black female (the "BF"), and Burke. Jackson and the BF were initially seen near the BMW. Burke arrived in a blue Nissan Altima and appeared to work on the BMW. Burke then departed the area in the Nissan Altima. Deputies followed the Nissan Altima to the Planation Inn. Based on these observations and the earlier surveillance video, deputies obtained a state tracking warrant for the BMW and subsequently attached the device to the vehicle.

*Chevron*

15.    At approximately 6:22 p.m., Jackson and Burke entered the Chevron Gas Station, located at 1800 N University Drive, Plantation, Florida. Jackson wore a black hooded sweatshirt and black pants with white gloves on both hands. Burke wore a black, gray, and white camouflage hooded sweatshirt with gray pants and a white glove on his right hand. Burke brandished a small handgun and pointed it at a clerk ("Victim-9") with his finger on the trigger. Jackson subsequently took approximately eight hundred ninety-six dollars and eighteen cents in United States currency ($896.18) and placed it into a black bag. Surveillance video captured the BMW back into a parking spot at the Chevron prior to the robbery, Jackson and Burke exiting the BMW immediately before the robbery, and Jackson and Burke exiting the gas station immediately after the robbery before leaving in the BMW. An image depicting Jackson and Burke appears below:



8

*Advanced Auto Parts*

16.     At approximately 7:22 p.m., Jackson and Burke entered the Advanced Auto Parts, located at 7522 Southgate Boulevard, North Lauderdale, Florida.[1] Jackson and Burke wore the same clothing as they did during the Chevron robbery (see Paragraph 15). Jackson and Burke entered the store and each put items on the counter as if they intended to purchase them. The clerk ("Victim-10") began to use the register when Jackson came around the counter and cocked a black semiautomatic handgun. Jackson directed Victim-10 to open the register without making any unnecessary movements. Burke, who was also armed with a dark handgun, then walked to the front door and looked through the glass before walking behind the counter as well. Another employee ("Victim-11") walked towards the register and Jackson ordered him to the ground. Jackson put his foot on Victim-11's back and pushed the barrel of his gun against the back of Victim-11's head before ordering Victim-10 to open the safe or he would shoot Victim-11. Victim-10 was so terrified that she could not open the safe but opened three registers for Jackson and Burke. Jackson handed the register drawers to Burke, who emptied them into an Advanced Auto Parts shopping bag. Jackson and Burke fled with approximately one thousand five hundred dollars ($1,500.00) in United States currency, as well as brake pads and multiple cans of refrigerant and air conditioning cleaner.

17.     After the Advanced Auto Parts robbery, law enforcement showed Victim-10 a still image of the robbers from the Chevron robbery. Victim-10 positively identified them as the individuals who had robbed the Advanced Auto Parts store. Victim-11 could not make an

---

1 There is no video surveillance footage of this robbery.

identification from the still image because he was forced to lie face down at gunpoint during the robbery.

*Locating the BMW*

18. Data derived from the tracking device did not show the BMW at the location of either robbery on February 25, 2021. However, law enforcement later determined that the tracker must have fallen off the BMW prior to the robberies on this day. Upon locating the BMW, law enforcement initiated a traffic stop of the vehicle and detained the two occupants: Jackson, who was in the driver seat, and BF, who was in the front passenger seat.

*BF's Interview*

19. During a noncustodial interview, BF initially stated that she had no idea why the BMW had been stopped and gave a false account of her whereabouts on February 24, 2021. BF then recanted this statement, admitting that Burke threatened her with two firearms on February 24, 2021. She recalled how Burke put the barrel of a pistol into her mouth and directed her not to "snitch." BF admitted to being in the vehicle with Jackson and Burke during the two robberies and attempted robbery on February 24, 2021. BF explained that Jackson picked her up in the BMW earlier that day before picking up Burke. During the drive, Jackson and Burke discussed the robberies that they had committed and their intention to commit more robberies. When BF advised that she would snitch on them, Burke threatened BF with an AK-47 before threatening her with a handgun.

20. BF stated that she, Jackson, and Burke went to the Advanced Auto Parts (see Paragraph 16). Jackson then stole a license plate from a parked vehicle at a "transportation place"

10

and affixed it to the BMW.[2] At that time, Jackson and Burke directed BF to get into the driver seat and be the getaway driver. When Jackson and Burke exited the BMW, they each had handguns when they entered the store. When they ultimately exited, they yelled "Go, go, go!" at BF. BF stated that she struggled to get the car into drive and had to switch with Jackson before they drove away from the scene. BF confirmed that Jackson took a blue backpack into the Advanced Auto Parts, adding that she had held the backpack earlier in the day and knew it had been empty. However, when Jackson came from the Advanced Auto Parts, the backpack contained cash and rolls of change in it.

21. After the first robbery, Burke directed BF to go into several locations and scout them. BF could not recall these locations specifically but knew that she went into multiple locations at Burke's direction. Burke told BF to note how many people were in the store and if he could "hop over" the counter. Jackson and Burke also told BF to note if any of the clerks had guns. Both locations were gas stations. BF recalled Jackson and Burke discussing "hitting" what BF believed was a RaceTrac gas station, but decided not to "hit" it because they had "hit" it before. In my training and experience, persons involved in robberies refer to them as "hits."

22. BF recalled traveling to Margate, Florida. BF recalled Jackson and Burke discussing going to different towns for each robbery. BF recalled that the next robbery was at a gas station that started with an "Am" and the end was either two "O" or an "E." BF was familiar with the area because BF had lived in Margate. When asked if "Amoco" was the gas station, BF

---

[2] On or about March 11, 2020, law enforcement interviewed an employee of Pacific Coast Roofing, Inc. The license plate found in the BMW was registered to a Ford F150 belonging to Pacific Coast Roofing. The employee confirmed that they had noticed the license plate was missing off of one of their vehicles around March 3, 2020, and speculated that the license plate had been stolen in late February. The truck was parked at 1539 NW 65th Avenue in Plantation, Florida.

confirmed that Amoco was correct. BF, now in the front passenger seat, again saw Jackson and Burke enter the Amoco wearing the same clothing as the Advanced Auto Parts robbery.

23. The three then proceeded to Lauderdale Lakes, Florida. BF recalled Jackson and Burke talking about how they wanted some beer and going to what she believed to be a CVS (BF incorrectly identified the Walgreens as a CVS). BF described the location of what BF believed was the CVS, and it is actually the location of a Walgreens. BF viewed surveillance video from this incident and identified the silver BMW backing into a parking space as the BMW they had been traveling in all evening. BF further identified Jackson and Burke entering the store in the same clothing from the earlier robberies. This surveillance video showed the location is in fact a Walgreens. Once again, Jackson and Burke entered the location armed, then fled out to the vehicle in haste and departed. Burke again said "go, go, go, go!" Burke then said something about picking up a six pack. Jackson and Burke laughed about people in the store running.

24. After the robberies, BF stated that she, Jackson, and Burke returned to the Plantation Inn. Burke lived there with his family. Jackson and Burke worked on the BMW for a little while before BF and Jackson departed for the Amble Inn. Upon arriving at the Amble Inn, Jackson could not remove the key from the ignition of the BMW. This prompted Jackson to contact Burke, who came to assist in fixing the vehicle. Burke arrived in a blue Nissan.

25. BF only knew Burke as "B." Law enforcement databases associated Burke with the owner of the Nissan Altima seen at the Amble Inn and Plantation Inn on February 25, 2021. During a double-blind lineup, BF identified Burke as the person she knew as "B" who had perpetrated three armed robberies on February 24, 2021, with Jackson.

12

*Statement of Phillip Jackson*

26. When read his <u>Miranda</u> rights, Jackson initially stated that he was done talking and that he would wait for his attorney. Jackson was then informed of the charges that he would be facing but was asked no questions. As interrogators were exiting the room, Jackson called the investigators back into the room, advising that he would tell them everything. Jackson confirmed that he was not being forced or coerced to restart the interrogation. After again advising Jackson of his <u>Miranda</u> rights, he waived those rights and agreed to speak with law enforcement.

27. Jackson told interrogators that he needed money to feed himself and to care for his ailing mother. Jackson repeatedly stated that BF was innocent, and not involved, but would not discuss specifically what BF was not involved in. When asked what Jackson would do if the clerks from the recent store robberies were in front of him, Jackson stated he would apologize to them. When asked specifically about what he would say to the clerk from the Advanced Auto Parts robbery on February 25, 2021, Jackson said he would apologize for making her feel like her life did not belong to her. Jackson was later questioned about the location of the handgun, laptop and cellphones taken in the Metro PCS robbery. Jackson said he believed the handgun was located in the BMW, but that they had thrown out the laptop and cellphones.

28. Jackson spoke English with a Jamaican accent.

**February 26, 2021**

29. On the morning of February 26, 2021, law enforcement arrested Burke pursuant to a state arrest warrant for Armed Robbery. Law enforcement advised Burke of his <u>Miranda</u> rights, which he waived. During the post-<u>Miranda</u> interview, Burke admitted that he had been in the BMW on February 24, 2021, and February 25, 2021, but only because Jackson gave him a ride to

pick up his tools. Burke also admitted to touching two firearms that were in the BMW. Burke explicitly denied ever wearing a camouflage-patterned sweatshirt.

30. Burke stated he was in the BMW with Jackson and BF on February 25, 2021, and remained in the vehicle while the Advanced Auto Parts robbery took place. Burke initially claimed that Jackson and BF had entered the location and must have perpetrated the robbery. Interrogators pointed out that BF was approximately 5'6" and a heavyset female, while the victims described the other robber as a 6'1" thin-build male. Burke then changed his story and stated there was a third male in the BMW with Jackson, Burke, and BF. Burke claimed that the unknown male had entered the Advanced Auto Parts with Jackson. Burke further stated that Jackson had two guns on his person when he entered the Advanced Auto Parts.

31. Investigators brought Jackson from a holding cell to the room where Burke was being interrogated and asked him to repeat his story of what had occurred at the Advanced Auto Parts on February 25, 2021. Jackson stated, "we went in that store." Burke responded, "nobody went in no store."

32. Burke spoke English with a Jamaican accent. Burke and Jackson also spoke to each other in Jamaican Patois.

### March 2, 2021

33. Metro PCS security informed law enforcement that one of the phones stolen during the February 16, 2021, robbery had been activated. On or about March 2, 2021, law enforcement interviewed the individual who activated the phone (the "Buyer"). The Buyer stated that he bought the phone from a person near the intersection of Oakland Park Boulevard and 56th Avenue in Lauderhill, Florida. The Buyer was shown a six-person photographic lineup and identified Jackson as the person who had sold him the stolen phone.

## March 3, 2021

*State Search Warrant on BMW*

34. On March 3, 2021, law enforcement executed a state search warrant on the BMW. The search warrant resulted in the seizure of the following significant items:

- A Blue Jansport Backpack matching descriptions and surveillance video from the above-described robberies;
- Approximately $1,215.00 in United States currency;
- Nine-millimeter ammunition;
- The Glock 17 handgun taken in the Metro PCS robbery;
- A black and silver Taurus nine-millimeter handgun matching the description of the handgun from the above-described robberies from February 16, 2021 – February 25, 2021;
- A black Nike Elite sweatshirt with black reflective patterning on the shoulders and arms;
- A black, gray, and white hooded sweatshirt with a camouflage pattern on the arms and hood;
- Latex style gloves;
- Face masks matching the description of the masks taken in the Advanced Auto Parts robbery on February 24, 2021;
- Brake pads and refrigerant taken during the robbery of the Advanced Auto Parts on February 25, 2021;
- Lucas heavy duty oil taken during the robbery of the Autozone on February 16, 2021;
- Approximately $20.00 in change wrapped in coin wrappers; and
- Florida license plate GLWS9

*Interview of Jackson's Fiancee*

35. On or about March 3, 2021, law enforcement interviewed "OS", who identified herself as Jackson's fiancée. OS stated that she purchased the Taurus handgun recovered in the BMW. On the receipt for the purchase, someone had written "2/3/21" in blue ink. I know, based on my training and experience, that the state of Florida requires a waiting period for handgun purchases. I believe "2/3/21" meant the Taurus handgun would be available for pickup on February 3, 2021. OS also stated that Jackson kept latex gloves matching the description of the gloves worn

15

in the robberies in the residence but claimed that he wore them when he worked on cars. During a consent search of OS' phone, law enforcement observed an exchange on Whatsapp between her and Jackson in which Jackson advised OS that law enforcement was watching the BMW and wanted OS to come pickup the BMW from the Amble Inn. OS confirmed that she did not pick up the BMW as requested.

## CONCLUSION

Based upon the information provided above, your Affiant respectfully submits that probable cause exists to believe that Jackson and Burke violated Title 18, United States Code, Section 1951(a) (Hobbs Act robbery) and 924(c)(1)(A) (brandishing a firearm during a crime of violence).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Respectfully submitted,

_____
Ryan Dreibelbis, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime, on this __31st__ day of __March__, 2021, at Fort Lauderdale, Florida.

_____
JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE

16